UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MONTE EARL JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| vs. | )  No. 3:15-CV-795-B |
| | ) |
| BOMBARDIER, INC., | ) |
|     Defendant. | ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 18th day of May, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE